**Federico GONZALEZ–LARTIGUE,
Petitioner,**

v.

**DEPARTMENT OF VETERANS
AFFAIRS, Respondent.**

No. 01–3100.

United States Court of Appeals,
Federal Circuit.

March 11, 2002.

**980**

Before MAYER, Chief Judge, RADER, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.